## Matter of DeCameret

2004 NY Slip Op 30407(U)

December 6, 2004

Surrogate's Court, New York County

Docket Number: File No. 2807/01

Judge: Roth, S.

Cases posted with a "30000" identifier, i.e., 2013 NY Slip Op 30001(U), are republished from various New York State and local government sources, including the New York State Unified Court System's eCourts Service.

This opinion is uncorrected and not selected for official publication.

This decision has been published at
2004 NY Slip Op 24489.